UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.            CASE NO.: 8:06-cr-326-T-23TGW

EMEREGILDO ROMAN,

  Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE AND FORFEITURE**
**MONEY JUDGMENT AS TO DEFENDANT EMEREGILDO ROMAN**

THIS CAUSE comes before the Court on Motion of the United States of America for Entry of a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), for the following property:

 a. One 2005 Chrysler 300C, titled in the name of Emeregildo Roman; Vehicle Identification No.: 2C3JA63H05H173076;

 b. $1,038.00 in U.S. currency seized from Emeregildo Roman upon his arrest;

 c. Contents of Wachovia Bank Account No. 1010145921282, held in the name of Emeregildo Roman;

 d. Contents of Wachovia Bank Account No. 1010145921295, held in the name of Emeregildo Roman; and

 e. one .357 Ruger Model Security Six, Serial No. 154-61162.

At sentencing, the Preliminary Order of Forfeiture shall be a final order of forfeiture as to defendant Emeregildo Roman's interest in the subject property.

The Court, being fully advised in the premises, finds that the United States has established the requisite *nexus* between the crimes of conviction, specifically conspiracy to commit armed bank robbery and armed bank robbery offenses in violation of 18 U.S.C. § 371 and 18 U.S.C. § 2113, and brandishing a firearm during the commission of a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii), and the property identified above. Accordingly, the Court finds that the assets listed in "a" through "d" above are subject to forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and the .357 Ruger Model Security Six, Serial No. 154-61162 ("e" above) is subject to forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

In addition, the court finds that the amount of proceeds obtained by defendants Rafael Rondon and Emeregildo Roman as a result of the conspiracy to commit armed bank robbery, for which both defendants have been found guilty as charged in Count One of the Second Superceding Indictment is $505,530.00. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that all right, title, and interest of defendant Rafael Rondon in the property identified in "a" through "f" above are hereby CONDEMNED and FORFEITED to the United States of America pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c). It is FURTHER **ORDERED** that defendant Emeregildo

2

Roman is jointly and severally liable, along with defendant Rafael Rondon for a forfeiture money judgment in the amount of $505,530.00, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), less the amount of funds obtained from other forfeited assets.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this _8th_ day of _June_, 2007.

_/s/ Steven D. Merryday_
HON. STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Copies to: Tonya L. Shotwell, AUSA
Attorneys of record